# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GIOVANNI KOHLER KURTZE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 79257 |
| GIOVANNI KOHLER KURTZE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 79259 ✓ **FILED**<br><br>SEP 0 4 2019<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |
| GIOVANNI KOHLER KURTZE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 79260 |
| GIOVANNI KOHLER KURTZE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 79261 |

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of pro se notices of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

The notices of appeal fail to designate the specific judgment or order being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the findings of fact, conclusions of law and order

SUPREME COURT
OF
NEVADA

(O) 1947A

19-37004

entered on June 14, 2019, the decision has already been appealed in Docket No. 79258. Accordingly, this court

ORDERS these appeals DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                       Silver

cc:    Hon. Michelle Leavitt, District Judge
        Giovanni Kohler Kurtze
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk